# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008



Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>CAMP, JACK T. | 2. Court or Organization<br><br>U.S. DISTRICT CT, NORTHERN GA | 3. Date of Report<br><br>05/28/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE, ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>18 GREENVILLE STREET<br>PO BOX 939<br>NEWNAN, GA 30264 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. PARTNER (1/3 INTEREST) | Nautilus Joint Venture, Newnan, GA ▬▬ |
| 2. PARTNER (17% INTEREST) | Handy Land & Timberm L.L.L.P. Newnan, GA ▬▬ |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUN -8 A 10: 53 FINANCIAL DISCLOSURE OFFICE

Camp, Jack T

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T. | 05/28/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | D11GANJ | 04/15/2008 to 04/16/2008 | Washington, D.C. | Court goverance meetings | Transportation, food, lodging |
| 2. | JXXXXXA | 04/15/2008-04/18/2008 | Washington, D.C. | Court goverance meetings | Transportation, food, lodging |
| 3. | JXXXXXA | 05/20/2008 to 05/24/2008 | Berkeley, CA | FJC educ seminar/program | Transportation, food, lodging |
| 4. | JXXXXXA | 06/24/2008 to 06/26/2008 | Columbia, SC | Mtg w/ another gov't enti | Transportation, food, lodging |
| 5. | Practicing Law Institute | 07/08/2008 to 07/10/2008 | New York, NY | Educational activities | Transportation, food, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T. | 05/28/2009 |

| 6. ICLEF | 11/12/2008 to 11/14/2008 | Indianapolis, IN | Educational activities | Transportation, food, lodging |
|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T. | 05/28/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Invest Financial Corp-General Investment Account | Margin loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T. | 05/28/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  AT&T (common) | C | Dividend | L | T | | | | | See Part VIII |
| 2.  Boeing (common stock) | A | Dividend | J | T | | | | | |
| 3.  Comcast | A | Dividend | J | T | | | | | |
| 4.  Deere & Co (common stock) | A | Dividend | J | T | | | | | |
| 5.  Alcatel-Lucent (Common stock) | | None | J | T | | | | | |
| 6.  Rockwell Collins (common stock) | A | Dividend | K | T | | | | | |
| 7.  Rockwell Automation Inc | A | Dividend | K | T | | | | | |
| 8.  Qwest (common stock) | | None | J | T | | | | | |
| 9.  Verizon | A | Dividend | J | T | | | | | |
| 10.  Vodaphone | A | Dividend | J | T | | | | | |
| 11.  Energy South | A | Dividend | | | Sold | 11/12 | J | A | |
| 12.  E.I. Dupont DeNemours(X) | A | Dividend | J | T | | | | | See Part VIII |
| 13. | | | | | | | | | |
| 14.  INVEST FINANCIAL-General Investment Account | | | | | | | | | |
| 15.  Prime Fund-Capital Reserves (Money Market) | A | Interest | K | T | | | | | |
| 16.  Aegon NV | | None | J | T | | | | | |
| 17.  BB&T Corp | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T. | 05/28/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Synovous Finl Corp | B | Dividend | M | T | | | | | |
| 19. Total Sys Svcs Inc (split from Synovous Finl Corp) | A | Dividend | J | T | Spinoff (from line 18) | 03/15 | J | | |
| 20. | | | | | | | | | |
| 21. NATIONAL FINANCIAL SERVICES LLC (IRA) | | | | | | | | | |
| 22. Prime Fund-Capital Reserves (Money Market) | A | Interest | J | T | | | | | |
| 23. S&P 500 | A | Interest | J | T | | | | | |
| 24. Caterpillar, Inc. | A | Dividend | J | T | | | | | Decrease in market value |
| 25. Mastercard, Inc Class A | A | Dividend | J | T | | | | | Decrease in market value |
| 26. DWS Dreman High Return Class B | A | Dividend | J | T | | | | | |
| 27. Texas Instruments | A | Dividend | J | T | | | | | |
| 28. | | | | | | | | | |
| 29. NATIONAL FINANCIAL SERVICES LLC (ROLLOVER IRA) | | | | | | | | | |
| 30. Prime Fund -Capital Reserves(Money Market) | A | Dividend | L | T | | | | | |
| 31. BB&T Corp | D | Dividend | M | T | | | | | |
| 32. Caterpillar, Inc. | A | Dividend | J | T | | | | | |
| 33. Deere & Company | A | Dividend | K | T | | | | | |
| 34. Home Depot, Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T. | 05/28/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DWS Dreham High Return-Class B | A | Dividend | K | T | | | | | |
| 36. Eaton Vance Worldwide Health Sciences-Class B | A | Dividend | K | T | | | | | |
| 37. Exxon Mobile Corp | A | Dividend | K | T | | | | | |
| 38. FPC CAP 1 Quarterly Income PFD SECS SERA | A | Dividend | J | T | | | | | |
| 39. Intel Corp NFS Inc | A | Dividend | J | T | | | | | |
| 40. Microsoft Corp NFS Inc | A | Dividend | J | T | | | | | |
| 41. Costco Wholesale Corp | A | Dividend | J | T | | | | | |
| 42. General Electric Co | A | Dividend | J | T | | | | | |
| 43. Novartis AG ADR ISIN | A | Dividend | K | T | | | | | |
| 44. Kinder Morgan Energy Partners | B | Dividend | K | T | | | | | |
| 45. Energy South Inc | A | Dividend | | | Sold | 11/12 | J | A | |
| 46. Forest Laboratories Inc | A | Dividend | J | T | | | | | |
| 47. Intuit Inc | A | Dividend | J | T | | | | | |
| 48. | | | | | | | | | |
| 49. USAA IRA ACCOUNT | | | | | | | | | |
| 50. USAA Income Stock Fund | A | Dividend | J | T | | | | | Decrease in market value |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T. | 05/28/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. EDWARD JONES IRA- ▮▮▮▮ | | | | | | | | | |
| 53. Cash | A | Int./Div. | J | T | | | | | |
| 54. Fidelity Advisor Series II Growth Opportunities | A | Dividend | J | T | | | | | Decrease in market value |
| 55. Lord Abbett Affiliated Fund | A | Dividend | J | T | | | | | |
| 56. Lord Abbett Bond Debenture Fund | A | Dividend | J | T | | | | | |
| 57. | | | | | | | | | |
| 58. EDWARD JONES ACCT- ▮▮▮▮ | | | | | | | | | |
| 59. Money Market | A | Dividend | J | T | | | | | |
| 60. Capital Income Builder Fund | A | Dividend | J | T | | | | | |
| 61. Capital World Growth & Income Fund | A | Dividend | J | T | | | | | |
| 62. Putnam Fund for Growth & Income | A | Dividend | J | T | | | | | |
| 63. VanKampen Equity & Income Fund | A | Dividend | J | T | | | | | |
| 64. | | | | | | | | | |
| 65. USAA CUSTODIAL ( ▮▮▮▮ | | | | | | | | | |
| 66. Income Stock Fund | A | Dividend | J | T | | | | | |
| 67. | | | | | | | | | |
| 68. Georgia Higher Education Savings Plan-Custodial ▮▮▮▮ | B | Dividend | J | T | | | | | See Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T. | 05/28/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | | | | | |
| 70. SOUTHWEST GA BANK-IRA | B | Int./Div. | | | Transferred (to line 71) | 03/14 | | | See Part VIII |
| 71. USAA FEDERAL SAVINGS-ROLLOVER IRA | | | | | | | | | |
| 72. Deere & Co | A | Dividend | J | T | Transferred (from line 70) | 03/14 | | | See Part VIII |
| 73. Southwest Georgia Financial Corp (common stock) | A | Dividend | K | T | Transferred (from line 70) | 03/14 | | | See Part VIII |
| 74. Insured Money Market acct | A | Int./Div. | K | T | Transferred (from line 70) | 03/14 | | | See Part VIII |
| 75. Caterpillar Inc | A | Dividend | K | T | Transferred (from line 70) | 03/14 | | | See Part VIII |
| 76. | | | | | | | | | |
| 77. USAA BROKERAGE ACCOUNT | | | | | | | | | |
| 78. USAA Money Market Fund | A | Dividend | J | T | | | | | |
| 79. Carmax Inc | | None | J | T | | | | | |
| 80. Texas Instruments | A | Dividend | J | T | Buy | 02/20 | J | | |
| 81. USAA Emerging Markets | A | Dividend | K | T | Buy | 02/22 | J | | |
| 82. USAA Extended Markets | A | Dividend | J | T | Buy | 02/22 | J | | |
| 83. USAA S&P 500 Index Member | A | Dividend | J | T | Buy | 02/22 | J | | |
| 84. | | | | | | | | | |
| 85. Associated Credit Union | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T. | 05/28/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  USAA Federal Savings Bank-Checking | A | Interest | K | T | | | | | |
| 87.  USAA Federal Savings Bank-Money Market | B | Interest | N | T | | | | | Decrease in interest rate |
| 88.  BB&T | A | Interest | J | T | | | | | |
| 89. | | | | | | | | | |
| 90.  Nautilus Joint Venture, Coweta County, GA | D | Rent | K | W | | | | | Decrease in rent received |
| 91. | | | | | | | | | |
| 92.  ███████ Coweta Count, GA ███████ | | None | L | W | | | | | |
| 93.  █████████, Heard Co, GA | | None | M | W | | | | | |
| 94.  Agricultural land, ███████, Coweta Co., GA | | None | N | W | | | | | Increase in market value |
| 95.  ██████, Coweta Count, GA | | None | N | W | | | | | Increase in market value |
| 96.  ███████ Coweta, CO., GA | | None | N | W | | | | | Increase in market value |
| 97.  Handy Land & Timber, F.L.L.P., Coweta Co., GA | | None | P1 | W | | | | | |
| 98.  Rental Property #1, Coweta County, GA | C | Rent | L | W | | | | | |
| 99.  Rental Property #2, Coweta County, GA | A | Rent | M | W | | | | | |
| 100. ███████ Coweta County, GA | | None | M | W | | | | | |
| 101. ███████ Coweta County, GA ███████ | | None | M | W | | | | | Decrease in market value |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T. | 05/28/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII Line 1: Dividend reinvestment created larger number of shares creating more dividends paid this year versus last year.

Part VII Line 12: This stock was not reported last year. The dividends were less than $100 and the stock value was less than $1,000. Reported this year as value is over $1,000.

Part VII Line 68: There was no activity on this account for 2008.

Part VII Line 70 to 75: Southwest GA Bank IRA was transferred to USAA Federal Savings Bank in March 2008. Stock was transferred as stock and cash was transferred into a money market account. The decrease in value of Southwest Georgia Financial Corp is due to a decrease in market value.

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T. | 05/28/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544